AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, Jr., Roger H. | Middle District, Georgia | 05/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2015 to 12/31/2015 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

P.O. Box 838
475 Mulberry Street
Macon, Georgia 31202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Georgia Judicial Retirement System--Retirement | $90,262.08 |
| 2. | 2015 | Judicial Retiress & Survivors Admin Office of the US Courts | $195,404.70 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Teacher's Retirement System of Georgia--Retirement |
| 2. | 2015 | First United Methodist Church--Wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | John Deere Credit | Tractor Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. Merrill Lynch IRA | | | | | | | | | |
| 3. --Merrill Lynch - Bank of America | A | Interest | J | T | | | | | |
| 4. --Merrill Lynch - Blackrock Global | A | Interest | J | T | | | | | |
| 5. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 6. Merrill Lynch | | | | | | | | | |
| 7. --Merrill Lynch Bank USA | | None | K | T | | | | | |
| 8. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 9. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 10. 270.00 Acres, Hawkinsville, Pulaski County, GA | | None | N | W | | | | | |
| 11. Wells Fargo-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 12. Franklin Georgia Tax-Free Income Fund-Class A | A | Dividend | J | T | | | | | |
| 13. Rental House, Watson St. Hawkinsville, Pulaski Co., GA. | C | Rent | K | W | | | | | |
| 14. Subdivision, Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 15. Rental House, McCormick Avenue, Hawkinsville, GA. Und. Inter | D | Rent | K | W | | | | | |
| 16. Merrill Lynch | | | | | | | | | |
| 17. Merrill Lynch Deposit Account | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Regions Financial Corp. | A | Dividend | K | T | | | | | |
| 19. --Pimco Income Fund Cl C | A | Dividend | J | T | | | | | |
| 20. --Tribute Pharmaceuticals Inc | | None | J | T | | | | | |
| 21. --Nuveen Georgia Muni Bond Fund | E | Dividend | N | T | | | | | |
| 22. --Virnetx Hldg Corp | | None | J | T | | | | | |
| 23. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 24. Merrill Lynch | | | | | | | | | |
| 25. --Merrill Lynch Deposit Account | A | Interest | J | T | | | | | |
| 26. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 27. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 28. --Abbvie Inc SHS | A | Dividend | J | T | | | | | |
| 29. --AT&T Inc | A | Dividend | J | T | | | | | |
| 30. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 31. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 32. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 33. --CDK Global Inc SHS | A | Dividend | J | T | | | | | |
| 34. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --General Electric Co., Common | A | Dividend | J | T | | | | | |
| 36. --Walt Disney Co. Common | A | Dividend | K | T | | | | | |
| 37. --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 38. --Elephant Talk Commnct Inc | | None | J | T | | | | | |
| 39. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 40. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 41. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 42. --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 43. --Medtronic Inc. Common | A | Dividend | J | T | Sold (part) | 01/27/15 | J | C | |
| 44. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 45. --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 46. --Western Asset Managed Municipals Fd C | C | Dividend | M | T | | | | | |
| 47. --Walgreens Boots Alliance Inc. | A | Dividend | J | T | | | | | |
| 48. --Chemours Co | A | Dividend | J | T | Spinoff (from line 37) | 07/07/15 | J | | |
| 49. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 50. --WT 01 21American Intl | | None | J | T | | | | | |
| 51. --Western Assets Managed Municipals | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merck and Co., Inc. | A | Dividend | J | T | | | | | |
| 53. Merrill Lynch | | | | | | | | | |
| 54. --Blackrock Strategic Income Opprts | A | Dividend | J | T | | | | | |
| 55. --Blackrock Multi Asset | A | Dividend | J | T | | | | | |
| 56. --Blackrock Equity Dividend | B | Dividend | J | T | | | | | |
| 57. --Blackrock Global Allocation Fund | B | Dividend | J | T | | | | | |
| 58. --Chartwell Small Cap | A | Dividend | J | T | Buy | 03/10/15 | J | | |
| 59. --Eaton Vance Sht Duration | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 60. --Eaton Vance Equity Strategy | A | Dividend | J | T | | | | | |
| 61. --Henderson Global Equity Inc Fd | A | Dividend | J | T | Buy | 04/28/15 | J | | |
| 62. --Fidelity Advisor Real Estate Inc | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 63. --Franklin Income Fd Adv | A | Dividend | J | T | | | | | |
| 64. --Henderson Global Equity | A | Dividend | J | T | Buy | 04/28/15 | J | | |
| 65. --IShares IBOXX S | A | Dividend | J | T | Buy | 11/23/15 | J | | |
| 66. --Goldman Sachs Strategic | A | Dividend | | | Sold | 02/12/15 | J | A | |
| 67. --Lord Abbett Multi Asset Inc Fund | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 68. --Goldman Sachs Satellite | A | Dividend | | | Sold | 11/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --IShares MSCI EAFE Index | A | Dividend | | | Sold | 08/05/15 | J | A | |
| 70. --IShares Select | A | Dividend | J | T | | | | | |
| 71. --IShares Trust Shs IShare | A | Dividend | J | T | Buy | 11/23/15 | J | | |
| 72. --IShares S & P 100 | A | Dividend | J | T | | | | | |
| 73. --JP Morgan Income Builder | A | Dividend | J | T | | | | | |
| 74. --Lord Abbett Bond | A | Dividend | J | T | Buy | 12/30/15 | J | | |
| 75. --Pimco Forgeign Bond FD | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 76. --JP Morgan Strategic | A | Dividend | | | Sold | 03/24/15 | J | A | |
| 77. --Loomis Sayles Strategic | A | Dividend | | | Sold | 05/06/15 | J | A | |
| 78. --Pimco Income Fund | A | Dividend | J | T | | | | | |
| 79. --Powershares Exchange | A | Dividend | J | T | | | | | |
| 80. --Prudential Short | A | Dividend | | | Sold | 04/15/15 | J | A | |
| 81. --Amer Funds Income Funds | A | Dividend | J | T | | | | | |
| 82. --American Bond FD | A | Dividend | J | T | Buy | 01/06/15 | J | | |
| 83. --American Capital Income | A | Dividend | J | T | | | | | |
| 84. --SPDR Index SHS Fds | A | Dividend | J | T | | | | | |
| 85. --The Oakmark Intl Fund | A | Dividend | | | Sold | 11/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Thornburg Invst Income Builder | A | Dividend | J | T | | | | | |
| 87. --Transamerica Global | | None | | | Sold | 03/10/15 | J | A | |
| 88. --Transamerica MLP & Energy | A | Dividend | | | Sold | 04/28/15 | J | A | |
| 89. --Vanguard Value ETF | A | Dividend | J | T | | | | | |
| 90. --Vanguard Growth ETF | A | Dividend | J | T | | | | | |
| 91. --Virtus Multi Sector Inter Bond Fd | A | Dividend | | | Buy | 03/24/15 | J | | |
| 92. | | | | | Sold | 11/23/15 | J | A | |
| 93. --Pimco Stocksplus Intl Fd | A | Dividend | | | Buy | 04/14/15 | J | | |
| 94. | | | | | Sold | 12/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1 - Line 47, "Walgreen Co. New Common" changeed their name to "Walgreens Boots Alliance Inc."

2 - Line 67 - "Lord Abbett Multi Asset Income Fund" was erroneously left off the 2014 report as a purchase.  Is has been sold now in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger H. Lawson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544